UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580 DSD/SRN

DAVID C. LARSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,

Defendants,

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

The parties, by counsel, hereby stipulate and agree that the Pretrial Scheduling Order dated November 27, 2001, shall be amended as follows:

1. All motions which seek to amend the pleadings or add parties must be served and filed on or before April 1, 2003;

2. The disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness shall be made as follows:

June 1, 2003 By Plaintiff

October 1, 2003 By Defendants;

3. All discovery shall be completed by November 1, 2003.

4. All nondispositive motions and supporting documents including those which relate to discovery shall be served and filed on or before December 1, 2003;

5. All dispositive motions shall be served, noticed, and filed in compliance with Local Rule 7.1 on or before February 1,

FILED MAR 05 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2004; and

6. This case shall be ready for non-jury trial on or after April 1, 2004.

Dated: 03/03/03

THOMAS B. HEFFELFINGER
United States Attorney

Friedrich A. P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 02-23-03

FALSANI, BALMER, PETERSON, & QUINN, P.A.

James W. Balmer

James W. Balmer, Esq.
1200 Alworth Building
306 Superior Street
Duluth, MN 55802
(218) 723-1990

IT IS SO ORDERED.

Dated: March 5, 2003

Susan Richard Nelson

SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

No further extension of time will be granted