**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Larson,**

**Plaintiff,**

**v.**

**United States of America, U.S. Dept. of Justice and Bureau of Prisons,**

**Defendants.**

Civil **No. 01-1580 (DSD/SRN)**

**ORDER**

---

James Balmer, Esq., on behalf of Plaintiff

Friedrich A. P. Siekert, Esq., on behalf of Defendants

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Plaintiff's Motion to Transfer (Doc. No. 14). This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The Court has reviewed all the files, records and proceedings herein.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion to Transfer (Doc. No. 14) is **DENIED**.

Dated: August 25, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge

AUG 2 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK