UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580 DSD/SRN

| | |
|---|---|
| DAVID C. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | **STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE** |

The parties, by counsel hereby stipulate and agree that the pretrial schedule dated March 5, 2003, shall be amended as follows:

1. The Defendants shall have to and including November 1, 2003 within which to disclose the identity of expert witnesses and provide expert witness reports.

2. All discovery shall be completed by December 1, 2003.

The pretrial schedule of March 5, 2003 shall remain the same in all other respects.

Dated:

9-19-03

THOMAS B. HEFFELFINGER
United States Attorney

Friedrich A P Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

FILED SEP 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 09-11-03

FALSANI, BALMER, PETERSON, & QUINN, P.A.

James W. Balmer, Esq.
1200 Alworth Building
306 Superior Street
Duluth, MN 55802
(218) 723-1990

IT IS SO ORDERED.

Dated: September 29, 2003

SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE