UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# NOTICE OF ASSIGNMENT OF CASES FOR TRIAL

The following civil cases are set for trial before Judge David S. Doty at the United States Courthouse, Courtroom 14 West, 14th Floor, 300 South Fourth Street, Minneapolis, Minnesota 55415, for the period beginning the week of **JUNE 7, 2004,** with trials to commence at 9:00 a.m.

The cases are listed in the order in which they will be tried. **DO NOT** report for trial until you are called.

Counsel should keep informed of the progress of cases listed prior to their own. For the convenience of counsel, the names, addresses and telephone numbers of counsel in all cases are listed below. If your case is not reached for trial during the period indicated, it will be tried as soon as possible thereafter and should be kept on a "ready basis." **IT IS ORDERED** that if the attorney having responsibility for the case is unable to try the case, he or she shall refer the case to another attorney so the case can proceed in an expeditious manner.

Attention of counsel is called to Local Rule 39.1 re Trial Procedures and the enclosed Memorandum re Pretrial Procedures. Counsel are requested to furnish the court the materials required therein at the times requested.

Questions regarding the calendar may be directed to Connie Baker, Calendar Clerk for Judge Doty, U.S. Courthouse, Suite 14W, Minneapolis, MN 55415. (612) 664-5063.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES**

**1. David C. Larson v. United States of America, et al.**
**Civil No. 01-1580(DSD/SRN) (Non-jury - Diversity-Tort)**

**Estimated Trial Time: 4-5 Days**

James W. Balmer, Matthew P. Bandt; Falsani, Balmer, Peterson & Quinn, 1200 Alworth Building, 306 Superior Street West, Duluth, MN 55802. (218) 723-1990.

Friedrich A.P. Siekert, Assistant U.S. Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. (612) 664-5600.

**2.** **<u>Shelby Haning v. Teddybear, Inc.</u>**
**Civil No. 02-2514(DSD/SRN) (Jury-Employment Discrimination)**

**Estimated Trial Time: 3-4 Days**

Donald H. Nichols, Paul J. Lukas; Nichols, Kaster & Anderson, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402. (612) 338-1919.

Amy B. Pinske, Shirley O. Lerner; Bowman & Brooke, Suite 2600, 150 South Fifth Street, Minneapolis, MN 55402.

**3.** **<u>Lundgren Brothers Construction v. On The Level, Inc.</u>**
**Civil No. 03-11229DSD/FLN) (Jury - Copyright)**

**Estimated Trial Time: 2-3 Days**

Erin C. Skold, Keith S. Moheban; Leonard, Street and Deinard, 150 Fifth Street South, Suite 2300, Minneapolis, MN 55402. (612) 335-1500.

Eric R. Heiberg, Katherine M. Bergenthal; Coleman, Hull & van Vliet, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437. (952) 841-0001.

Ernest F. Peake, Matthew R. Burton; Leonard, O'Brien, Spence, Gale & Sayre, 100 fifth Street South, Suite 1200, Minneapolis, MN 55402. (612) 332-1030.

**4.** **<u>Layla Ahmed Ali v. Scott Ramsdell, et al.</u>**
**Civil No. 03-2977(DSD/SRN) (Jury - Civil Rights)**

**Estimated Trial Time: 4 Days**

Jordan S. Kushner; Kushner Law Office, 636 Sexton Building, 529 Seventh Street South, Minneapolis, MN 55415. (612) 288-0545.

Peter W. Ginder, Minneapolis City Attorney, 300 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402. (612) 673-2010.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MEMORANDUM FROM THE CHAMBERS OF JUDGE DAVID S. DOTY RE LOCAL RULE 39.1 CONCERNING PRE-TRIAL PROCEDURES IN CIVIL COURT TRIALS**

This Memorandum is consistent with, and particularizes those parts of Local Rule 39.1 which relate to **CIVIL COURT TRIALS**.

The listed cases are/is set for trial before Judge David S. Doty on **JUNE 7, 2004**. **DO NOT** report for trial until you are called.

The following procedures shall be followed by counsel:

1. **ORIGINAL AND TWO COPIES** of the following items must be **RECEIVED** by the Calendar Clerk no later than **MAY 21, 2004**. One copy of the same items must be **RECEIVED** by opposing counsel no later than **MAY 21, 2004.**

**COUNSEL SHALL PREPARE AND FURNISH:**

(A) A trial brief indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary, and procedural issues. The brief shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. Counsel shall indicate the estimated length of time for the entire trial.

(B) A list of all exhibits to be used as evidence at trial. The exhibits shall be listed, as much as possible, in the sequence they will be offered. The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall indicate the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown. The original exhibits are **NOT** to be submitted with the pretrial papers.

(C) A list of the names and addresses of all prospective witnesses, together with a short statement of the substance of the testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown.

(D) A list of depositions to be offered into evidence in lieu of live testimony. Only depositions so listed shall be offered into evidence at trial except for good cause shown.

2. If exhibits are to be offered at the trial, the following procedure must be followed:

(A) Counsel shall, no later than **MAY 21, 2004,** mark all exhibits for identification in the sequence in which they will be offered. The case number must be on each exhibit. Plaintiff shall mark its first exhibit **P#1**. Defendant shall mark its first exhibit **D#1**. Only exhibits so marked shall be offered into evidence at trial, except for good cause shown.

(B) Counsel shall, no later than **MAY 21, 2004,** make available for examination and, if requested, copying, by all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause shown.

3. Counsel for all parties are encouraged to confer prior to trial to:

(A) Stipulate to all uncontested facts and matters not in controversy.

(B) Stipulate as to which exhibits may be received without objection prior to trial.

(C) Discuss settlement. The Calendar Clerk shall be advised as to the probability of settlement.

4. **ORIGINAL AND TWO COPIES OF ALL MATERIALS SHALL BE SUBMITTED TO THE CALENDAR CLERK, CONNIE L. BAKER, U.S. COURTHOUSE, SUITE 14W, 300 SOUTH FOURTH STREET, MINNEAPOLIS, MN 55415. (612) 664-5063. ONE COPY OF ALL MATERIALS SHALL BE SUBMITTED TO OPPOSING COUNSEL.**

Dated: March 10, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court