# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

David C. Larson,

Plaintiff(s),

v.

United States of America,
US. Dept. of Justice,
Bureau of Prisons,

Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1580 DSD/SRN |
| Date: | May 12, 2004 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 12:30 p.m. |
| Time in Court: | 3 Hours |

APPEARANCES:

Plaintiff(s): James Balmer for David C. Larson

Defendant(s): Friedrich Siekert for United States of America
Friedrich Siekert for US. Dept. of Justice
Friedrich Siekert for Bureau of Prisons

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Final Settlement Conference. NO SETTLEMENT.

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Judicial Assistant