UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580 DSD/SRN

| | |
|---|---|
| DAVID C. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>U.S. DEPARTMENT OF JUSTICE, and<br>FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | **DESIGNATION OF DEPOSITION TESTIMONY** |

The United States hereby designates that it may proffer the following depositions in lieu of live testimony:

Deposition of Leo Piatz taken September 25, 2003.

Date: May 21, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/Friedrich AP Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for United States