# United States District Court

STATE AND DISTRICT OF MINNESOTA

David C. Larson
**v.**
United States of America,
U.S. Department of Justice, and
Federal Bureau of Prisons

**WITNESS LIST**

CASE NUMBER: 01-1580 DSD/SRN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David S. Doty | James W. Balmer | Friedrich A.P. Siekert |
| TRIAL DATE(S) * | COURT REPORTER * | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | N. Wayne Smith (former Warden) 901 Circle Drive, Havanna, FL 32333. Warden Smith may testify about the snow removal policies during the winter of 1999-2000. |
| | 2 | | | | Dave Huttel - FPC Duluth (Construction/Landscape Foreman) Mr. Huttel oversees snow removal and may testify about the procedure for snow removal in November 1999. |
| | 3 | | | | Chuck Wessburg - FPC Duluth (Safety Manager) Mr. Wessburg may testify about the lighting on Vandenburg Drive, the light survey done under his supervision, the safety inspections done in November 1999, and other issues concerning safety. |
| | 4 | | | | Mike Sherman (Lieutenant 12:00 am - 8:00 am, 11/24/99) 49 Maple Blvd., Apt. 2, Babbitt, MN 55706. Mr. Sherman may testify about the conditions on the early morning of 11/24/99 and that the snow crew was dispatched at 5:00 am that morning. |
| | 5 | | | | Tom Grossman - FPC Duluth Mr. Grossman was the Compound Officer from 12:00 am - 8:00 am on 11/24/99 and may testify about the condition of the premises that morning and the dispatch of the snow removal crew that morning. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| David C. Larson | United States of America, et al. | 01-1580 DSD/SRN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 6 | | | | Nicholas Berchild - FPC Duluth (Compound Officer 7:30 am - 4:00 pm) Mr. Berchild was the Compound Officer on 11/24/99 during the day, he may testify about the conditions of the premises and the snow removal on 11/24/99. |
| | 7 | | | | Tom Wilson - FPC Duluth (Lieutenant 4:00 pm - 12:00 am) Mr. Wilson was the Lieutenant in charge of FPC Duluth at the time of the fall allegedly occurred and may testify about the conditions of the premises and other matters. |
| | 8 | | | | Dennis Sawyer - FPC Duluth (Compound Officer 4:00 pm - 12:00 am) Mr. Sawyer was the Compound Officer at the time of the fall at 9:00 pm on 11/24/99. Mr. Sawyer may testify about the conditions of the premises. |
| | 9 | | | | James Stern - FPC Duluth (Compound Officer 4:00 pm - 12:00 am) Mr. Stern was the Compound Officer at the time of the fall at 9:00 pm on 11/24/99. Mr. Stern may testify about the conditions of the premises. |
| | 10 | | | | B. Anderson - FPC Duluth B Anderson was the Control Officer from 6:45 pm to 12:00 am and may testify about the condition of the premises. |
| | 11 | | | | J. Anderson - FPC Duluth J. Anderson was the Control Officer during the day shift and may testify about the condition of the premises that day. |
| | 12 | | | | Sam Houston - FPC Duluth (Electrical Foreman since 1999) Mr. Houston as Electrical Foreman has knowledge about the lighting which was in place in November 1999 on Vandenburg Drive. |

**WITNESS LIST - CONTINUATION**

| | vs. | CASE NO. |
|---|---|---|
| David C. Larson | United States of America, et al. | 01-1580 DSD/SRN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 13 | | | | Greg Massey - FPC Duluth (Electrical Engineer) Mr. Massey as Electrical Engineer has knowledge about the lighting which was in place in November 1999 on Vandenburg Drive. |
| | 14 | | | | Bruce Barton, M.D. - FPC Duluth (Clinical Director) Dr. Barton has knowledge of the medical treatment provided to Inmate Larson during his incarceration at FPC Duluth. |
| | 15 | | | | Gerhardt Pfeiffer - (P.A.) 203 Palisade Ave., Sandstone, MN 55072-5109 P.A. Pfeiffer has knowledge of the medical treatment provided to Inmate Larson during his incarceration at FPC Duluth. |
| | 16 | | | | Grace Hurne - (P.A.) 7050 N. Thoroughfare Road, Stone Lake, WI, 54876. P.A. Hurne has knowledge of the medical treatment provided to Inmate Larson during his incarceration at FPC Duluth. |
| | 17 | | | | Philip Polzin - FPC Duluth (P.A.) P.A. Polzin has knowledge of the medical treatment provided to Inmate Larson during his incarceration at FPC Duluth. |
| | 18 | | | | John Espinal - FPC Duluth(P.A.) P.A. Espinal has knowledge of the medical treatment provided to Inmate Larson during his incarceration at FPC Duluth. |
| | 19 | | | | Trevor Kroeger - FPC Duluth (Facilities Manager) foundation for ply |
| | 20 | | | | Robert W. Graebner - by Stipulation and reports |
| | 21 | | | | Angela Buege and/or other BOP employees to lay foundation |
| | 22 | | | | Leo Piatz by Deposition |
| | | | | | |
| | | | | | |
| | | | | | |

# WITNESS LIST - CONTINUATION

| | vs. | CASE NO. |
|---|---|---|
| David C. Larson | United States of America, et al. | 01-1580 DSD/SRN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 23 | | | | |
| | 24 | | | | |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | 29 | | | | |
| | 30 | | | | |
| | 31 | | | | |
| | 32 | | | | |
| | 33 | | | | |
| | 34 | | | | |
| | 35 | | | | |
| | 36 | | | | |
| | 37 | | | | |
| | 38 | | | | |
| | 39 | | | | |
| | 40 | | | | |
| | 41 | | | | |
| | 42 | | | | |
| | 43 | | | | |
| | 44 | | | | |
| | 45 | | | | |
| | 46 | | | | |
| | 47 | | | | |