CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| DAVID LARSON, Plaintiff, | ) | CIVIL NO. 01-1580 DSD/SRN |
| v. | ) | |
| UNITED STATES, et al. Defendants. | ) | |

I hereby certify that on May 21, 2004, I caused the following documents:

Witness List
Exhibit List
Designation of Deposition Testimony
Trial Brief of Defendant United States of America
Defendants' Proposed Findings of Fact and Conclusions of Law

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James Walter Balmer
jwbalmer@duluthtriallawyers.com

Dated: May 21, 2004

s/Tina M. Knoll
Tina M. Knoll