UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580 DSD/SRN

| | |
|---|---|
| DAVID C. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | **DEFENDANT'S MOTION IN LIMINE** |

The United States moves in limine to exclude from evidence the following:

All evidence relating to a delay in providing the surgery on plaintiff's left shoulder. This claim was raised in Plaintiff's previous lawsuit and dismissed by order dated December 16, 2003. Larson v. United States, Civil No. 02-4851 (DSD/SRN)(D. Minn.).

The United States submits a memorandum of law and a proposed order.

Date:May 21, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/Friedrich AP Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600