UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1580 DSD/SRN

| | | |
|---|---|---|
| DAVID C. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>U.S. DEPARTMENT OF JUSTICE, and<br>FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | ) | CERTIFICATE OF SERVICE<br>OF MOTION DOCUMENTS<br>AND PROPOSED ORDER |

I hereby certify that on May 21, 2004 I caused the following documents:

Defendant's Motion in Limine
Defendant's Memorandum in Support of Motion in Limine

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James Walter Balmer
jwbalmer@duluthtriallawyers.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

doty_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

James W. Balmer, Esq.
FALSANI, BALMER, PETERSON & QUINN
1200 Alworth Building
306 Superior Street
Duluth, MN 55802

Dated: May 21, 2004

**s/Tina M. Knoll**
Tina M. Knoll