UNITED STATES DISTRICT COURT
District of Minnesota
Fifth Division

David Larson,

Plaintiff.

vs.

United States of America,

Defendant.

Case No.: 01-1580 DSD/SRN

**DESIGNATION OF DEPOSITION TESTIMONY**

Plaintiff David C. Larson hereby designates that it may proffer the following depositions in lieu of live testimony:

Deposition of Leo Piatz taken September 25, 2003.

Respectfully submitted,

Dated: 5/24/04

FALSANI, BALMER, PETERSON & QUINN

By: [signature]
James B. Peterson (#185012) *for*
James W. Balmer (#4376)
1200 Alworth Building
306 West Superior Street
Duluth, Minnesota 55802-1800
(218) 723-1990
*Attorneys for Plaintiff*

SCANNED
MAY 24 2004
U.S. DISTRICT COURT DULUTH