STATE AND DISTRICT OF MINNESOTA

**EXHIBITAND WITNESS LIST**

David C. Larson
v.
United States of America

CASE NUMBER: 01-1580 DSD/SRN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David S. Doty | James W. Balmer | Friedrich A. P. Siekert |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 7, 2004 | | |

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **EXHIBITS:** |
| 1* | | | | | Photographs taken by Defendant's counsel of the area where the injury occurred. |
| 2* | | | | | National Weather Service records showing the snowfall and temperatures in the 24-hour period preceding the injury. |
| 3* | | | | | David C. Larson's records with the Defendant regarding his incarceration and medical care during incarceration. |
| 4* | | | | | Duluth Clinic chart for David C. Larson. |
| 5* | | | | | St. Mary's Medical Center chart for David C. Larson. |
| 6* | | | | | Medical expense itemization for David C. Larson for the injuries sustained in the fall of November 24, 1999. |
| 7* | | | | | Chart for David C. Larson kept by Thomas Zdeblick, M.D. |
| 8* | | | | | Report of Dr. Graebner, the Rule 35 examiner selected by Defendant. |
| | | | | | |
| | | | | | **WITNESSES** |
| 1 | | | | | N. Wayne Smith, 901 Circle Drive, Havana, Florida 32333 (by cross-examination); Former warden, now retired; Will testify about snow removal policies he promulgated for the 1999-2000 snow season. |

SCANNED
MAY 24 2004
U.S. DISTRICT COURT DULUTH

| | | | | | |
|---|---|---|---|---|---|
| 2 | | | | | Leo Piatz, 3136 Craig Road, Eau Claire, Wisconsin 54701; Will testify about salting/sanding policies at FPC-Duluth during the 1999-2000 snow season and Warden N. Wayne Smith's announcement regarding those policies; the practice regarding snow removal and salting/ sanding the depression in the road surface of Vandenberg Drive and the tendency of water to pool in it; the decision to sand/salt Vandenberg Drive later the night David Larson and others slipped and fell while walking on it. |
| 3 | | | | | David C. Larson, 2524 Valley Forge Drive, Madison, Wisconsin 54701; Will testify about salting/sanding policies at FPC-Duluth during the 1999-2000 snow season and Warden N. Wayne Smith's announcements regarding those policies; the manner in which snow was removed from Vandenberg Drive November 24, 1999 and the dumping of snow at the corner of the food service building uphill from Vandenberg Drive where a depression in the road surface existed; the poor lighting at night along Vandenberg Drive; the freezing of the water that had pooled on Vandenberg Drive in front of the building that housed the phone room; the lack of an alternate route to the phone room; the lack of salt or sand on the ice that had formed on Vandenberg Drive in front of the building housing the phone room; his fall and injury and the subsequent two back and one shoulder surgeries as a consequence of his fall. |
| 4 | | | | | Valerie Larson, 2524 Valley Forge Drive, Madison, Wisconsin 54701; Will testify about her husband, David C. Larson and his injuries. |