RECEIVED
04 MAY 24 AM 11:45
CLERK, U.S. DIST. COURT
DULUTH, MN

* * * * * * * * * * * * * * * * * *

STATE OF MINNESOTA )
) ss
COUNTY OF ST. LOUIS )

I, Donadee A. Cain, being first duly sworn, depose and state that on the 24th day of May, 2004, I served a true and correct copy of the **Exhibit and Witness List** and **Designation of Deposition Testimony**, by Federal Express addressed as follows:

Friedrich A. P. Siekert, Esq.
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Donadee A. Cain

Subscribed and sworn to before me this
24th day of May, 2004.

Notary Public

BONNIE SOLEM
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

*Larson vs. US*

SCANNED
MAY 24 2004
U.S. DISTRICT COURT DULUTH