RECEIVED
04 MAY 26 PM 2:05
CLERK U.S. DIST. COURT
DULUTH, MN

* * * * * * * * * * * * * * * * * *

STATE OF MINNESOTA )
) ss
COUNTY OF ST. LOUIS )

I, Donadee A. Cain, being first duly sworn, depose and state that on the 26th day of May, 2004, I served a true and correct copy of the **Plaintiff's Trial Brief**, by Federal Express addressed as follows:

Friedrich A. P. Siekert, Esq.
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Donadee A. Cain

Subscribed and sworn to before me this 26th day of May, 2004.

Notary Public

BONNIE SOLEM
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

*Larson vs. US*

SCANNED
MAY 26 2004
U.S. DISTRICT COURT DULUTH