# United States District Court

STATE AND DISTRICT OF MINNESOTA

David C. Larson
**v.**
United States of America,
U.S. Department of Justice, and
Federal Bureau of Prisons

**AMENDED EXHIBIT LIST**
January 21, 2005

CASE NUMBER: 01-1580 DSD/SRN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David S. Doty | James W. Balmer | Friedrich A.P. Siekert |
| TRIAL DATE(S) 1/24/05- | COURT REPORTER * | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | SF-95 dated 8/30/00 (Larson 9/24/03 Deposition Ex. 6) |
| | 2 | | | | Acknowledgment Letter dated 9/7/00 |
| | 3 | | | | Denial Letter dated 3/01/01 (Larson 11/18/02 Deposition Ex. 10) |
| | 4 | | | | Complaint (Larson 11/18/02 Deposition Ex. 7) |
| | 5 | | | | Larson Indictment dated 4/24/97, Case No. 97-Cr-33-C-01 (W.D. Wisc.) |
| | 6 | | | | Pre-Sentence Investigation Report |
| | 7 | | | | Judgment & Conviction of Larson dated 1/08/98 |
| | 7A | | | | Amended Judgment & Conviction of Larson dated 2/04/98 |
| | 8 | | | | February 1998 Safety Talk Re; Slips and Falls (No. 29)(Larson 9/24/03 Deposition Ex. 1) |
| | 9 | | | | March 1998 Safety Talk Re; Unsafe Conditions (N. 30)(Larson 9/24/03 Deposition Ex. 2) |
| | 10 | | | | May 1998 Safety Talk Re: "Or Down You Go" (N. 32)(Larson 9/24/03 Deposition Ex. 3) |
| | 11 | | | | August 1998 Safety Talk Re: "Falls Aren't Funny" (N. 35)(Larson 9/24/03 Deposition Ex. 4) |
| | 12 | | | | Diagram of Scene (Larson 9/24/03 Deposition Ex. 5) |
| | 13 | | | | Plaintiff's Amended Answers to Defendant's First Set of Interrogatories (Larson 9/24/03 Deposition Ex. 11) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 14 | | | | Stipulation re: Weather Reports |
| | 15 | | | | National Weather Service, Duluth, Daily Summary |
| | 16 | | | | Certified Weather report |
| | 17 | | | | Key to Weather Report |
| | 18 | | | | Calendar, November 1999 |
| | 19 | | | | Daily Assignment Roster |
| | 20A | | | | Fire/Safety Inspection Reports, November 1999 |
| | 20B | | | | Safety Inspection Reports, November/December 1999 |
| | 21A | | | | Purchase Orders for Rock/Road Salt |
| | 21B | | | | Purchase Orders for Calcium Chloride |
| | 21C | | | | Purchase Orders for Sand |
| | 21D | | | | Summary Chart for Salt/Sand Purchases |
| | 22 | | | | Memo re: Snow Removal Plan dated 9/20/99 |
| | 23 | | | | Snow Removal Program 9/25/95 |
| | 24 | | | | DOJ/Federal Prison System, Institution Supplement, Re: Snow Removal Program, 12/9/94 |
| | 24A | | | | Change Notice dated 12/17/99 re: Snow Removal Program |
| | 25 | | | | Huttel Memo dated 11/23/99 re: Off Hours Snow Removal |
| | 26 | | | | Lieutenant’s Log 11/23 - 25/99 |
| | 27 | | | | Larson Inmate Work History |
| | 28 | | | | Duty Officer’s Report 11/23 - 30/99 |
| | 29 | | | | Photograph (65) |
| | 30 | | | | Photograph (66) |
| | 31 | | | | Photograph (67) |
| | 32 | | | | Photograph (68) |
| | 33 | | | | Photograph (69) |
| | 34 | | | | Photograph (70) |
| | 35 | | | | Photograph (71) |
| | 36 | | | | Photograph (72) |
| | 37 | | | | Photograph (73) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 38 | | | | Photograph (74) |
| | 39 | | | | Photograph (75) |
| | 40 | | | | Photograph (76) |
| | 41 | | | | Photograph (77) |
| | 42 | | | | Photograph (78) |
| | 43 | | | | Photograph (79) |
| | 44 | | | | Photograph (80) |
| | 45 | | | | Photograph (81) |
| | 46 | | | | Photograph (82) |
| | 47 | | | | Photograph (83) |
| | 48 | | | | Photograph (84) |
| | 49 | | | | Photograph (85) |
| | 50 | | | | Photograph (86) |
| | 51 | | | | Photograph (87) |
| | 52 | | | | Photograph (88) |
| | 53 | | | | Photograph (89) |
| | 54 | | | | Photograph (90) |
| | 55 | | | | Photograph (91) |
| | 56 | | | | Photograph (92) |
| | 57 | | | | Photograph (9/25/03)(1)[former Ex. #29] |
| | 58 | | | | Photograph (9/25/03)(2)[former Ex. #30] |
| | 59 | | | | Photograph (9/25/03)(3)[former Ex. #31] |
| | 60 | | | | Photograph (9/25/03)(4)[former Ex. #32] |
| | 61 | | | | Photograph (9/25/03)(5)[former Ex. #33] |
| | 62 | | | | Photograph (9/25/03)(6)[former Ex. #34] |
| | 63 | | | | Photograph (9/25/03)(7)[former Ex. #35] |
| | 64 | | | | Photograph (9/25/03)(8)[former Ex. #36] |
| | 65 | | | | Stipulation As To Expert Testimony with Reports of R.W. Graebner, M.D. dated April 1, 2004 and April 22, 2004 attached |
| | 65A | | | | Graebner Report dated 4/1/04 |
| | 65B | | | | Graebner Report dated 4/22/04 |
| | 66 | | | | Curriculum Vitae of Robert W. Graebner, M.D. |
| | 67 | | | | BOP Medical Record on Larson |
| | 68 | | | | Duluth Clinic Medical Record on Larson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 69 | | | | St. Mary's Medical Record on Larson |
| | 70 | | | | Judgment & Conviction on Leo Piatz |
| | 71 | | | | Larson Central File, BOP |
| | 72 | | | | Complaint in Larson v. United States, Civil No.02-4851 (DSD/SRN)(D. Minn.) |
| | 73 | | | | Report & Recommendation in Larson v. United States, Civil No.02-4851 (DSD/SRN)(D. Minn.) |
| | 74 | | | | Order of Dismissal Larson v. United States, Civil No.02-4851 (DSD/SRN)(D. Minn.) |
| | 75 | | | | Diagram of Scene (overall layout) |
| | 76 | | | | Diagram of Scene (blowup with distances) |
| | 77 | | | | Diagram of Scene (reserved) |
| | 78 | | | | Lighting survey by C. Wessberg conducted 11/12/02 |
| | 79 | | | | Diagram re: lights |
| | 80 | | | | Diagram re: lights (reserved) |
| | | | | | Blow up of any picture or diagram |
| | | | | | Any other exhibit found upon further investigation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |