CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| DAVID LARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 01-1580 DSD/SRN |
| v. | ) | |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on January 21, 2005, I caused the following documents:

Amended Exhibit List

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James Walter Balmer
jwbalmer@duluthtriallawyers.com

Dated: January 21, 2005

s/Tina M. Knoll
Tina M. Knoll