UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580 DSD/SRN

| | |
|---|---|
| DAVID C. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>U.S. DEPARTMENT OF JUSTICE, and<br>FEDERAL BUREAU OF PRISONS,<br><br>Defendants. | **STIPULATION TO DISMISS AGENCY DEFENDANTS** |

WHEREAS, the only proper party defendant in an action under the Federal Tort Claims Act is the United States of America, and not agencies thereof, 28 U.S.C. §§ 1346(b), 2672, 2675, and 2679;

THEREFORE, the parties, by counsel hereby stipulate and agree that the Court shall dismiss with prejudice the defendants the United States Department of Justice and the Federal Bureau of Prisons from this action and that the caption shall be amended accordingly, leaving as the sole defendant the United States of America.

Dated: 1-12-05

THOMAS B. HEFFELFINGER
United States Attorney

s/Friedrich A. P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 06-08-04

FALSANI, BALMER, PETERSON, &
QUINN, P.A.

s/James W. Balmer
James W. Balmer, Esq.
1200 Alworth Building
306 Superior Street
Duluth, MN 55802
(218) 723-1990