UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580 DSD/SRN

DAVID C. LARSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

Defendants.

**ORDER TO DISMISS AGENCY DEFENDANTS**

Pursuant to the Stipulation to Dismiss Agency Defendants, which stipulation is incorporated herein by reference,

**IT IS ORDERED, ADJUDGED, AND DECREED** the complaint against the defendants the United States Department of Justice and the Federal Bureau of Prisons is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements. The caption shall be amended accordingly, leaving as the sole defendant the United States of America.

Dated: January 21, 2005

s/ David S. Doty
David S. Doty
Senior District Judge