# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

David C. Larson
Plaintiff,
v.

United States of America, et al.
Defendant.

**COURT MINUTES**
Case Number: 01cv1580(DSD/SRN)

| | |
|---|---|
| Date: | January 25, 2005 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 3:20 p.m. |
| Time in Court: | 4 Hours & 20 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Jerome G. Arnold
For Defendant: Friedrich A. P. Siekert

## PROCEEDINGS:

9 **Jury Selection.**
9 **BENCH Trial - Began**.
: **BENCH Trial - Ended**
9 Jury impaneled (File list of jurors).
9 Opening statements.
9 **BENCH Trial Held.**
9 Trial continued to.
: Plaintiff's witnesses: Ian Wayne Smith.
: Defendant's witnesses: Ian Wayne Smith, David Huttel & Thomas Wilson.
: Plaintiff rests. : Defendant rests.
: Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
  9 Plaintiff
  9 Defendant

9 Court's Ruling:
  9 Judgment in favor of Plaintiff.
  9 Judgment in favor of Defendant.

IT IS ORDERED:

: Deft's & Pltf's oral motion to dismiss for judgment as a matter of law - taken under advisement.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Connie L. Baker
Calendar Clerk