✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

David C. Larson,

V.

United States of America, U.S. Department of Justice and Federal Bureau of Prisons,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1580 (SD/SRN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff Larson take nothing by way of his complaint and that the defendant United States of America is granted judgment as a matter of law.

April 14, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk