UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO.
01 1580 DSD/SRN

DAVID C. LARSON
PLAINTIFF

V.

UNITED STATES
OF AMERICA, U.S.
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS

RECEIVED
BY MAIL
MAY 05 2005
CLERK US DIST COURT
MINNEAPOLIS MN

---

MOTION FOR HEARING TO PRESENT
NEWLY DISCOVERED EVIDENCE

---

NOW COMES, DAVID C. LARSON, ACTING PRO-SE AT PRESENT, REQUESTING A HEARING TO PROVIDE CRITICAL NEW EVIDENCE IN THIS CASE. PLAINTIFF HAS EVIDENCE HE FEELS WILL CAUSE A DIFFERENT RULING OR AT VERY LEAST WILL EARN A NEW TRIAL

DATED THIS 30TH DAY OF APRIL 2005

SIGNED. David C Larson

DAVID C. LARSON
2524 VALLEY Forge Dr.
MADISON, WISC
53719

CC. ATTY SIEFERT

SCANNED
MAY 05 2005
U.S. DISTRICT COURT MPLS