RECEIVED
BY MAIL
MAY 0 5 2005
CLERK US DIST COURT
MINNEAPOLIS MN

# Certificate of Mailing

Case No 01-1580
DSD/SRN

The undersigned, DAVID C. LARSON, PLAINTIFF IN ABOVE CASE, DECLARES, UNDER PENALTY OF PERJURY, THAT HE MAILED THIS MOTION/NOTICE BY CERTIFIED MAIL DATED 5-3-05

David C. Larson Plaintiff

SCANNED
MAY 0 5 2005
US DISTRICT COURT MPLS

[illegible]
824 Valley Forge Dr.
Madison, Wis.
53719

CERTIFIED MAIL™

7004 2890 0000 8272 5161

U.S. POSTAGE
PAID
MADISON WI
53711
MAY 03 05
AMOUNT
$2.67
00096225-02

MADISON WI
PM
UNITED STATES POSTAL SERVICE

0000 55415

RECEIVED
BY MAIL
MAY 0 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of Court
United States District Court
District of Minnesota
600 United States Courthouse
300 South Fourth Street
Minneapolis, Mn. 55415

55415+1320