# UNITED STATES DISTRICT COURT
## District of Minnesota

***RESPOND TO:***
( XX ): 700 Federal Building, 316 North Robert Street, St. Paul, MN 55101; Phone (651) 848-1100

| | |
|---|---|
| **Date: May 17, 2005** | |
| **David C. Larson** 01-CV-1580 (DSD/SRN) | |
| | |
| XXX | Please either send in the $255.00 filing fee or complete and return the enclosed Application to Proceed without Prepayment of Fees so that your Notice of Appeal can be processed. |

Deputy Clerk _Vickie___