UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID C. LARSON
PLAINTIFF

V.

UNITED STATES OF AMERICA, US DEPT. OF JUSTICE, U.S. BUREAU OF PRISONS.

CASE. NO- 01-1580 DSD/SRN

HONORABLE JUDGE DOTY PRESIDING

RECEIVED
BY MAIL
MAY 05 2005
CLERK US DIST COURT
MINNEAPOLIS MN

# NOTICE OF APPEAL

NOW, COMES DAVID C. LARSON, PRO-SE AT PRESENT GIVES NOTICE OF APPEAL FROM A VERDICT/DECISION RENDERED ON APRIL 14, 2005.
PLAINTIFF DOES SO WITHIN THE 30-DAY LIMIT FOR HIS DECISION TO APPEAL

DATED MAY 2ND 2005

DAVID C. LARSON
2524 VALLEY Forge Dr.
MADISON, WISC
53719
608-271-4464

cc. ATTY SIEKERT

SCANNED
MAY 05 2005
U.S. DISTRICT COURT MPLS