AO 240 (Rev. 10/03) DC MODIFIED

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clear Form

DAVID C. LARSON
Plaintiff

V.

USA. DEPT OF CORRECTIONS
BUREAU OF PRISONS
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 01-CV-1580 DSD/SRN

I, DAVID C. LARSON declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ______

   Are you employed at the institution? ______ Do you receive any payment from the institution? ______

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Approx 2200/2300 MO. 608-635-8907 Highpoint Spec. W 8499 Bilke Rd Poynette, Wis 53955

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

RECEIVED BY MAIL JUN 02 2005 CLERK, US DIST. COURT ST. PAUL

SCANNED JUN 01 2005 U.S. DISTRICT COURT ST. PAUL

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, in item 7 on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☒ Yes ☐ No

   If "Yes," state the total amount(s). Approx $1,000 in checking for this months bills

AO 240 Reverse (Rev. 10/03) DC MODIFIED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No (2) Cars 1500.00 ea approx

If "Yes," describe the property and state its value.

home in Madison, Ohio price matches mortgage with approx 40,000 equity with repairs

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

wife, Valerie 50% support approx 50.00 to 100.00 left over each mo. after bills

7. Additional information (include source descriptions from item 3):

I, ______________________ declare, under penalty of perjury, that the above information is true and correct.

5/30/05
Date

Signature of Applicant

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I, ______________________, certify that the applicant named herein has the sum of $ ______________________ on account to his/her credit at (name of institution) ______________________. I further certify that the applicant has the following securities to his/her credit: ______________________
______________________.

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ ______________, and the average monthly balance in the prisoner's account was $ ______________.

______________ ______________________________

DATE SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
BY MAIL
JUN 0 2 2005
CLERK, US DIST. COURT
ST. PAUL, MN

5/30/05

Dear Vickie,

Thanks for your help and the form I'm sending back. I could pay 55.00 in the next week and then 100.00 ea for the next two months.

But before this case and record are sent to the court of appeals there is still a motion before Judge Doty, yet to be ruled on. A motion was made for an emergency hearing two days before notice of appeal.

If this motion is granted it is very likely this case will never have to proceed to the court of appeals.

Thanks so much and call me @ 608-635-8907 work or 608-220-4645 cell.

Dave [signature]
Plaintiff-Petitioner

Olason
2524 Valley Forge Dr.
Madison, Wisc.
53719

37 USA

RECEIVED
BY MAIL

JUN 0 2 2005

CLERK, US DIST. COURT
ST. PAUL, MN

att Vickie

United States Dist Court
District of Minn.
Office of Clerk
Room 700 Federal Building
316 North Street
St Paul, Minn.
55101-1460

55101+1455 06