UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

June 30, 2005

Mr. David C. Larson
2524 Valley Forge Drive
Madison, WI 53719

Re: 05-2861 David C. Larson vs. United States

Dear Mr. Larson:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. We noted that your application to proceed in forma pauperis on appeal was filed on June 2, 2005, and is pending ruling by Judge Doty in District Court. Accordingly, your case will proceed on appeal after a decision is entered by District Court on your pending application for pauper status.
(5052-010199)

Michael E. Gans
Clerk of Court

jab

Enclosure(s)

cc: Honorable David S. Doty, U.S. District Judge
Friedrich Anson Paul Siekert
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1580 DSD/SRN

SCANNED
JUN 30 2005
U.S. DISTRICT COURT MPLS