UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1580(DSD/SRN)

David C. Larson,

Plaintiff,

v. **ORDER**

United States of America,
Bureau of Prisons, suing as
Federal Bureau of Prisons,

Defendants.

This matter is before the court upon plaintiff's pro se motion to proceed in forma pauperis ("IFP") on appeal. Plaintiff appeals from this court's findings of fact and conclusions of law [Docket No. 42] and order for judgment [Docket No. 43]. For the reasons stated herein, plaintiff's motion to proceed IFP is denied.

A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for IFP status under 28 U.S.C. § 1915. See also Fed. R. App. P. 24(a). To qualify for IFP status, the litigant must demonstrate that he or she cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). Here, plaintiff asserts by affidavit that he earns approximately $2,200 to $2,300 per month, has $1,000 in his checking account "for this month's bills," has two cars worth $1,500 each and a house with $40,000 in equity, supports his wife and has approximately $50 to $100 "left over each month after bills." Based on plaintiff's stated monthly income, however, the court finds that plaintiff can

nonetheless afford to pay the filing fee for his appeal. Therefore, the court is not satisfied that he is financially eligible for IFP status.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's motion to appeal in forma pauperis [Docket No. 50] is denied.

Dated: July 1, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court