July 12th 05

RE. Filing Fees for
Case. # 05-2861 appeal from
Case # CIV-01-1580 DSD/SRN

FILED
'05 JUL 19 AM 9:

Dear Clerk of Courts-

Since my motion to PROCEED WITHOUT FULL PAYMENT WAS DENIED BY JUDGE DOTY, I NEED TO KNOW WHEN MY DEADLINE to PAY IS. ALSO, IF YOU WOULD ACCEPT A CREDIT CARD NUMBER? PLEASE WRITE, or CALL 608-635-8907- Work or 608-220-4645 cell WITH YOUR ANSWER. I WANT to PROCEED AS SOON AS POSSIBLE-

VERY TRULY YOURS.

David G. Larson
Plaintiff

2524 VALLEY Forge Dr.
MADISON, WI.
53719

SCANNED
JUL 26 2005
U.S. DISTRICT COURT DULUTH

Larson
2524 Valley Forge Dr.
MADison, Wisc -
53719




Clerk of Court
U.S. District Court
417 Federal Building
515 W. First Street
Duluth, Mn.
55802-1397

55802+1302