# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

| | | |
|---|---|---|
| ___ | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| ___ | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415 | Phone (612) 664-5000 |
| X | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |
| ___ | U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537 | Phone (218) 739-5758 |

| | | |
|---|---|---|
| **DATE:** 7/21/05 | | **CIVIL FILE NUMBER:** 01-CV-1580 (DSD/SRN) |
| **CASE TITLE:** Larson v. USA, et al | | |
| X | OTHER: | Per you request, attached is a form with instructions on how to pay your appeal fee via credit card. |

Deputy Clerk: s/Jenny

Jenny