Fri Aug 5 13:57:04 2005

UNITED STATES DISTRICT COURT

DULUTH, MN

Receipt No. 500 112805
Cashier jennyb

C.C. Number: 7522 03/06

| DO Code | Div No |
|---|---|
| 4641 | 5 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 4 | 105.00 |
| 2:510000 | N | 4 | 150.00 |

Total Amount $ 255.00

DAVID C LARSON 01-CV-1580 DSD/SRN

APPEAL FEE

SCANNED
AUG 0 5 2005
U.S. DISTRICT COURT DULUTH