**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** September 14, 2006

RE: 05-2861 David C. Larson vs. United States

RECEIVED
SEP 21 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 1 vol.
Transcript:
Deposition:
Sealed:
Exhibits:
Other:

[ ] Case closed
[ ] Counsel appointed
[ ] Per your request
[ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1580 DSD/SRN

jjf

SCANNED
SEP 22 2006
U.S. DISTRICT COURT MPLS