# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

01-cv-1580 DSD/SRN

No. 05-2861

David C. Larson,

Appellant,

v.

United States of America,

Appellee.

Appeal from the United States District Court for the District of Minnesota

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 18, 2006

SCANNED
OCT 16 2006
U.S. DISTRICT COURT MPLS

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 12, 2006

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 05-2861 David C. Larson vs. United States

RECEIVED BY U.S. MAIL
2006 OCT 16 AM 9 33
CLERK, U.S. DISTRICT COURT MINNEAPOLIS

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

cc: Honorable David S. Doty
David C. Larson
Friedrich Anson Paul Siekert

District Court/Agency Case Number(s): CIV 01-1580 DSD/SRN